**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1753**

_____

In re: RONALD DEMETRIOUS THOMAS,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:06-cr-00405-DKC-1)

_____

Submitted:  August 21, 2025                                   Decided:  August 26, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ronald Demetrious Thomas, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Demetrious Thomas petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted the motion on August 4, 2025. Accordingly, because the district court has recently decided Thomas's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*